UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 11131
    CARLOS S ORTIZ
    ABIGAIL ORTIZ                                CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1266    SSN XXX-XX-0792

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/01/2008 and was confirmed 09/24/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 11592.94 | 63.98 | 791.02 |
| GREAT AMERICAN FINANCE | SECURED | 300.00 | 1.14 | 58.91 |
| GREAT AMERICAN FINANCE | UNSECURED | 1437.13 | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED NOT I | .00 | .00 | .00 |
| ACC CONSUMER FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2979.00 | .00 | .00 |
| BENEFICIAL/HOUSEHOLD FIN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 918.49 | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | 160.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3239.00 | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ALSIP | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 1044.70 | .00 | .00 |
| BRIAN J FRENCH MD | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIANS GROUP | UNSECURED | 1066.00 | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PHYSICIAN GROUP | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 632.69 | .00 | .00 |
| NICOR GAS | UNSECURED | 2662.38 | .00 | .00 |
| Z FRANK CHEVY | UNSECURED | NOT FILED | .00 | .00 |
| VCA BERWYN ANIMAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | SECURED NOT I | .00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 08 B 11131 CARLOS S ORTIZ & ABIGAIL ORTIZ

```
WELLS FARGO AUTO FINANCE  UNSECURED      1162.94          .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       178.88          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY   3,491.50                    466.53
TOM VAUGHN                TRUSTEE                                   113.42
DEBTOR REFUND             REFUND                                       .00
```

### Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------

TRUSTEE                  1,495.00

PRIORITY                                         .00
SECURED                                       849.93
     INTEREST                                  65.12
UNSECURED                                        .00
ADMINISTRATIVE                                466.53
TRUSTEE COMPENSATION                          113.42
DEBTOR REFUND                                    .00
                       ---------------   ---------------
TOTALS                  1,495.00            1,495.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE